UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT M. STEWARD,<br><br>    Plaintiff,<br><br>v.<br><br>GUITEREZ, et.al.,<br><br>    Defendants. | Case No.: 1:18-cv-00928-DAD-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF ONE FINAL OPPORTUNITY TO FILE AN AMENDED COMPLAINT<br><br>[ECF No. 13] |

Plaintiff Robert M. Steward is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 19, 2018, the Court screened Plaintiff's complaint, found that Plaintiff failed to state a cognizable claim, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 8.) Over thirty days passed, and Plaintiff failed to respond to the Court's order. Therefore, on August 27, 2018, the undersigned ordered Plaintiff to show cause within fourteen days why the action should not be dismissed. (ECF No. 9.) Plaintiff failed to respond to the Court's August 27, 2018 order. Therefore, on September 25, 2018, the undersigned issued Findings and Recommendations to dismiss the action for failure to state a cognizable claim for relief. (ECF No. 12.) On October 10, 2018, the Findings and Recommendations were returned by the United States Postal Office as undeliverable.

///

///

1

On October 11, 2018, the Court re-served the Findings and Recommendations on Plaintiff at Kern Valley State Prison. On October 24, 2018, Plaintiff filed objections to the Findings and Recommendations. (ECF No. 13.) In his objections, Plaintiff contends only that he objects to the Findings and Recommendations because his constitutional rights were violated. (Id.) It is unclear from Plaintiff's objections whether he wishes to attempt to amend the complaint or whether he is standing on the allegations set forth in the original complaint. In light of the uncertainly, the Court will grant Plaintiff **twenty (20)** days from the date of service of this order to file an amended complaint attempting to cure the deficiencies outlined in the Court's July 19, 2018, screening order, or Plaintiff may file a notice that he does not wish to amend the complaint.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a blank amended complaint form;

2. Within **twenty (20)** days from the date of service of this order, Plaintiff may file an amended complaint, or notify the Court of his intent not to amend the complaint; and

3. If Plaintiff fails to comply with this order, the undersigned will submit the September 25, 2018, Findings and Recommendations recommending dismissal of the action for failure to state a cognizable claim to the assigned District Judge.

IT IS SO ORDERED.

Dated: **October 25, 2018**

UNITED STATES MAGISTRATE JUDGE